UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY SINCLAIR

                    Plaintiff,

      -against-

ALYSSA VIANCA CABA

                    Defendant.

25-CV-03458 (MKV)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 5, 2026, Defendant filed a letter to the docket notifying the Court that the parties had reached a settlement agreement in principle but publicly disclosed the terms of their settlement, including the dollar amount for which the parties settled. (ECF 29.) Because of the confidential nature of the terms of any settlement agreement, I sealed ECF 29 sua sponte and now consider whether the letter should remain sealed.

There is a presumption of public access to judicial documents, which are documents "relevant to the performance of the judicial function and useful in the judicial process," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), or, in other words, "documents that… are used at the adjudication stage." *Pers. Staffing Grp., LLC v. XL Ins. Am., Inc.*, No. 22-CV-10259 (JPO), 2023 WL 4304688, at *2 (S.D.N.Y. June 30, 2023). As such, "the mere filing of a paper or document with the court is insufficient to render that paper a judicial document subject to the right of public access." *Lugosch*, 435 F.3d at 119 (quoting *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995)).

Here, the letter filed by Defendant served as a notice to the Court that the parties had reached a settlement agreement in principle. Defendant did not file the letter for any adjudicative purpose. As such, Defendant's letter at ECF 29 is not a judicial document to which a presumption of public access attaches and shall remain sealed. However, Defendant is ORDERED to refile her letter at ECF 29 onto the public docket with redactions applied to the substantive terms of the parties' settlement-in-principle by **May 7, 2026**.

DATED:  May 6, 2026                                    SO ORDERED.
        New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**